**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Elizabeth F. Vieyra*
*Assistant United States Attorney*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
elizabeth.vieyra@usdoj.gov

*main: (856) 757-5139*
*direct:(856) 757-5031*

October 29, 2026

**Via ECF**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:** ***Farkhod v. Doe*, No. 26-cv-12694 (CCC)**
**Petitioner's Release on Bond**

Dear Judge Cecchi:

Respondents write with Petitioner's consent to advise the Court that Petitioner was released from custody on October 28, 2026, pursuant to bond, as granted by the Elizabeth Immigration Court on October 27, 2026.

Accordingly, Respondents respectfully request that the Court dismiss this action as Petitioner is no longer in custody. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Elizabeth F. Vieyra*
ELIZABETH F. VIEYRA
Assistant United States Attorney
*Attorneys for Respondents*

cc: All counsel of record (*via electronic filing*)
Encl.

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/9/2026